IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL ANTHONY GRENDAHL,<br><br>Plaintiff,<br><br>vs.<br><br>MARY JANE KNISELY, LT. METZGER, JANE DOE at H&R BLOCK, MOLLY WOODMEN, ROBERTA DREW, and NICOLE GALLAGHER,<br><br>Defendants. | CV 20-159-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on August 3, 2021. (Doc. 7). The Magistrate recommended that the matter be dismissed under Local Rule 5.3(b) and Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with the Court's order. (Doc. 7 at 4).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

1

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 7) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that the matter is DISMISSED pursuant to L.R. 5.3(b) and Fed. R. Civ. P. 41(b). The Clerk of Court shall close the matter and enter judgment pursuant to Fed. R. Civ. P. 58 and shall have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

DATED this 30th day of August, 2021.

SUSAN P. WATTERS
United States District Judge